# UNITED STATES DISTRICT COURT



FILED

NOV 0 2 2006

US DISTRICT COURT, EDNC
BY _____ DEP. CLK

| EASTERN | DISTRICT OF | NORTH CAROLINA |
|---|---|---|

UNITED STATES OF AMERICA
V.
David Muyumba MUHEMEDY

## CRIMINAL COMPLAINT

Case Number: 5:06-m-708

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief. On or about __November 2, 2004__ in _____ Wake _____ County, in
                                          (Date)

the _____ Eastern _____ District of _____ North Carolina _____ defendant(s) did,

*(Track Statutory Language of Offense)*

vote in the general election after fraudently registering as a citizen of the United States.

in violation of Title ____ 18 ____ United States Code, Section(s) __911; 1001(a); 1015(f); 611(a)__ .

I further state that I am a(n) _____ Special Agent _____ and that this complaint is based on the
                                          Official Title

following facts:

See Attached Affidavit

Continued on the attached sheet and made a part of this complaint:  ☒ Yes  ☐ No

_____
Signature of Complainant

THOMAS H. MILLER
Printed Name of Complainant

Sworn to before me and signed in my presence,

__2 Nov. 2006__                          at   Raleigh, NC
Date                                          City and State

JAMES E. GATES, U.S. MAG. JUDGE          _____
Name and Title of Judge                   Signature of Judge

Case 5:06-cr-00310-F   Document 1   Filed 11/02/06   Page 1 of 5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

### AFFIDAVIT

1. I, Thomas H. Miller, am a Special Agent of the Department of Homeland Security under the Bureau of Immigration and Customs Enforcement ("ICE"), formerly known as the Immigration and Naturalization Service ("INS"), assigned to the Cary, North Carolina office. I have been employed by ICE/INS for 25 years. My duties routinely include the investigation of violations of the federal criminal statutes concerning immigration offenses, including making false statements to representation as a United States citizen in order to register to vote in United States elections.

2. This Affidavit is submitted as evidence of the probable cause supporting the arrest warrant for David Muyumba MUHEMEDY.

3. In the course of investigating this matter, I have obtained through law enforcement channels and reviewed the official Alien File ("A File") pertaining to this individual. The A File is numbered A73 710 416 and is currently maintained by the ICE. This A File is maintained in the name of David Muyumba MUHEMEDY and contains this individual's biographical information, family history, applications, petitions, records of encounters with the ICE/INS, conviction records, photographs and fingerprints. Based on the review of this A File, I have concluded that it does in fact pertain to the individual currently identified in this matter.

4. The A File reflects the following information relative to

1

this individual:

> a. He is a citizen and national of The Democratic Republic of the Congo, formally Zaire.
>
> b. His date of birth is April 12, 1984 and his name is correctly reflected in this affidavit and the Complaint to which it is attached.
>
> c. He entered the United States on July 22, 1990 at New York, New York as a B2 Visitor with authorization to remain for a temporary period not to exceed January 21, 1991.
>
> d. He applied for Asylum on October 3, 1994 and was denied this application on May 22, 1995.
>
> e. He was ordered Deported on October 4, 1995 by the Executive Office For Immigration Review at the Immigration Court in Atlanta, Georgia and failed to present himself for Deportation.

5. During a query of open source public records, specifically Accurint and the North Carolina State Board Of Elections, on October 16, 2006, it was discovered that David Muyumba MUHEMEDY registered to vote in Wake County in the Eastern District of North Carolina in a United States election on July 29, 2004 and again on September 27, 2004 as a Democrat in the State of North Carolina. On both applications to register to vote, he signed his name, under the penalty of perjury, that he was a United States citizen. The last

2

date that he actually voted was indicated as November 2, 2004 in the general election.

6. Pursuant to a review of all records relating to the subject, there is probable cause to believe that the subject is not a citizen of the United States nor has ever been a citizen of the United States.

Based on all of the foregoing, I, Thomas H. Miller, believe that there is ample probable cause to conclude that David Muyumba MUHEMEDY is in fact guilty of falsely and willfully representing himself to be a citizen of the United States in violation of Title 18, United States Code, § 911; knowing and willfully making a materially false, fictitious, or fraudulent statement or representation in violation of Title 18, United States Code, § 1001(a)(2); knowingly making a false statement or claim that he is a citizen of the United States in order to register to vote or to vote in any Federal, State, or local election in violation of Title 18, United States Code, § 1015(f); and voting in an election in violation of Title 18, United States Code, § 611(a) and respectfully ask that the Court issue a warrant ordering his arrest for such crimes.

Special Agent
Immigration and Customs Enforcement

3

SUBSCRIBED TO AND SWORN TO BEFORE ME

THIS 2ND DAY OF November, 2006.

_____
United States Magistrate Judge
Eastern District of North Carolina

4