12-6-06

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:06-cr-310-F2

UNITED STATES OF AMERICA        :
                                :
          v.                    :        **I N D I C T M E N T**
                                :
DAVID MUYUMBA MUHEMEDY          :

The Grand Jury charges:

COUNT ONE

On or about July 29, 2004, within the Eastern District of North Carolina, the defendant, DAVID MUYUMBA MUHEMEDY, a citizen and national of the Democratic Republic of the Congo, falsely and willfully represented himself to be a citizen of the United States when completing an application to register to vote with the North Carolina State Board of Elections.

All in violation of the provisions of Title 18, United States Code, Section 911.

COUNT TWO

On or about September 27, 2004, within the Eastern District of North Carolina, the defendant, DAVID MUYUMBA MUHEMEDY, a citizen and national of the Democratic Republic of the Congo, falsely and willfully represented himself to be a citizen of the United States when completing an application to register to vote with the North Carolina State Board of Elections.

All in violation of the provisions of Title 18, United States Code, Section 911.

COUNT THREE

On or about July 29, 2004, within the Eastern District of North Carolina, the defendant, DAVID MUYUMBA MUHEMEDY, a citizen and national of the Democratic Republic of the Congo, knowingly made a false statement or claim that he was citizen of the United States in order to register to vote and to vote in a Federal, State, or local election.

All in violation of the provisions of Title 18, United States Code, Section 1015(f).

COUNT FOUR

On or about September 27, 2004, within the Eastern District of North Carolina, the defendant, DAVID MUYUMBA MUHEMEDY, a citizen and national of the Democratic Republic of the Congo, knowingly made a false statement or claim that he was citizen of the United States in order to register to vote and to vote in a Federal, State, or local election.

All in violation of the provisions of Title 18, United States Code, Section 1015(f).

COUNT FIVE

On or about November 2, 2004, within the Eastern District of North Carolina, the defendant, DAVID MUYUMBA MUHEMEDY, an alien and a citizen and national of the Democratic Republic of the Congo, voted in a general election held solely or in part for the purpose

2

of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate and Member of the House of Representatives.

All in violation of the provisions of Title 18, United States Code, Section 611(a).

A TRUE BILL



GEORGE E.B. HOLDING
United States Attorney

BY: JAMES A. CANDELMO
United States Attorney

3