UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:06-CR-310-1F2

UNITED STATES OF AMERICA

v.                                          ORDER

DAVID MUYUMBA MUHEMEDY

This matter having come before the Court by an unopposed motion of the Office of the

Federal Public Defender to continue the arraignment hearing of the Defendant, and for good

cause shown, it is hereby ORDERED that the arraignment hearing shall be continued until

_March 5_____, 2007.

This Court finds the ends of justice served by granting of this continuance outweigh the

best interests of the public and the defendant in a speedy trial. The period of delay necessitated

by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

IT IS SO ORDERED.

This __10__ day of January, 2007.

_____
JAMES C. FOX
Senior United States District Judge