# UNITED STATES PROBATION OFFICE

EASTERN DISTRICT OF NORTH CAROLINA

**James M. Johnston, Jr.**
Chief U.S. Probation Officer

REPLY TO:310 Dick Street
Fayetteville, NC 28301-5730
(910) 486-5703 ext. 238
Fax: (910) 483-2690

**DATE:** June 28, 2007

**FROM:** Mary K. Parker
Senior United States Probation Officer

**SUBJECT:** **SENTENCING CONTINUANCE REQUEST**
David Muyumba MUHEMEDY
Docket # 5:06-CR-310-F2

**TO:** The Honorable James C. Fox
Senior United States District Judge

On April 23, 2007, the above-referenced defendant pled guilty to Voting by an Alien. Pursuant to Local Rule 32.2, an initial Presentence Report is to be disclosed on or before June 29, 2007. Sentencing is scheduled for August 6, 2007.

Investigative materials requested from the government on April 26, 2007, were delayed in being forwarded to the probation officer until mid-May 2007 as a result of the government's reassignment of the case to another prosecutor. Additionally, the probation officer attended the Sixteenth Annual Seminar on the Federal Sentencing Guidelines held in Salt Lake City, Utah, from May 22, 2007, through May 25, 2007, and, because of a family matter in another state, did not return to work until May 29, 2007. The probation officer is currently scheduled to be on leave from July 5, 2007, through July 10, 2007, to attend to personal affairs that cannot be canceled or rescheduled at this date. Given the delay in the receipt of investigative materials as well as the probation officer's schedule, the initial Presentence Report has not been completed, and completion and disclosure of such is not likely until mid- to late-July 2007.

In view of the aforesaid, it is respectfully requested that the court continue sentencing from its August 6, 2007, term to its September 4, 2007, term. The government and defense counsel have been advised of the probation's officer request for additional time, and neither is opposed to a sentencing continuance in this matter. If the court concurs, it is requested that the attached Order be signed directing the continuance. Thank you for your consideration of this request.

The Honorable James C. Fox
June 28, 2007
Page Two


Reviewed and Approved:



_____

Steven E. Horne
Supervising United States Probation Officer

MKP:mkp/32010

Attachment

xc: Janet Hansen Callihan, Deputy Clerk, United States District Court
    Steven E. Horne, Supervising United States Probation Officer
    Demetrics D. Davis, Deputy Chief United States Probation Officer